UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Wells Fargo Cash Sweep Litigation | Case No. 24-cv-04616-VC<br><br>**ORDER APPOINTING INTERIM CLASS COUNSEL**<br><br>Re: Dkt. Nos. 106, 107, 108, 109 |

The motion for appointment of interim class counsel filed by Keith Bujold, Edward Nadolny, and Darren Cobb is granted.

Pursuant to Fed. R. Civ. P. 23(g)(3), counsel for Plaintiffs Keith Bujold, Edward Nadolny, and Darren Cobb, Bernstein Litowitz Berger & Grossmann LLP, Simmons Hanly Conroy LLP, and Berger Montague PC are hereby APPOINTED Interim Class Counsel in the above-consolidated action.

The Court orders Christner v. Wells Fargo, No. 25-1785, Brickman Investments v. Wells Fargo, No. 25-1786, and Chakravarthy v. Wells Fargo, No. 25-1968, to be consolidated into In Re Wells Fargo Cash Sweep Litigation, No. 24-4616. The Clerk of the Court is directed to close cases No. 25-1785, 25-1786, and 25-1968.

The hearing on Wells Fargo's motion to dismiss is continued from 5/29/25 to 6/5/25.

**IT IS SO ORDERED.**

Dated: 3/27/25

VINCE CHHABRIA
United States District Judge