Salvatore J. Graziano (*pro hac vice*)
Adam H. Wierzbowski (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
salvatore@blbglaw.com
adam@blbglaw.com

Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bergermontague.com

Sona R. Shah (*pro hac vice*)
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6404
sshah@simmonsfirm.com

*Attorneys for Plaintiffs and Interim Class Counsel*

David G. Hille (*pro hac vice*)
Gregory M. Starner (*pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
dhille@whitecase.com
gstarner@whitecase.com

Bryan A. Merryman (SBN 134357)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
bmerryman@whitecase.com

*Attorneys for Defendant*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re Wells Fargo Cash Sweep Litigation* | Case No. 3:24-cv-04616-VC-RMI<br><br>**JOINT STIPULATION REQUESTING AN ORDER CONTINUING TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rules 6-1(b), 7-12, and this Court's Civil Standing Order, Plaintiffs Keith Bujold, Edward Nadolny, and Darren Cobb ("Plaintiffs") and Defendant Wells Fargo Clearing Services, LLC ("Defendant," together with Plaintiffs, the "Parties"), hereby submit this stipulated request as follows:

**WHEREAS**, on August 28, 2026, Plaintiffs filed their renewed motion for class certification, Dkt. 278;

**WHEREAS**, on September 25, 2026, Defendant filed its opposition to Plaintiffs' renewed motion for class certification, Dkt. 285;

**WHEREAS**, between August 28, 2026 and September 25, 2026, Defendant produced over 160,000 documents;

**WHEREAS**, Defendant also submitted twelve declarations in connection with its opposition to Plaintiffs' renewed motion for class certification, including that of Philip Lombardo, Defendant's Head of Brokerage Supervision & Governance, Dkt. 285-13, 16–26;

**WHEREAS**, Plaintiffs' counsel intends to depose Mr. Lombardo on October 22, 2026;

**WHEREAS**, Plaintiffs' current deadline to file a reply in support of their renewed motion for class certification is October 23, 2026, Dkt. 275;

**WHEREAS**, counsel for the Parties conferred on October 7 and 8, 2026, and the Parties agreed to jointly request a continuance of Plaintiffs' reply in support of their renewed motion for class certification;

**WHEREAS**, the Parties have made no prior requests to change the dates for briefing on Plaintiffs' renewed motion for class certification;

**WHEREAS**, the requested extension of time will have no impact on any current case schedule because there are no further deadlines, hearings, or conferences scheduled after the class

certification hearing;

**IT IS HEREBY STIPULATED BETWEEN, AND REQUESTED BY**, the undersigned counsel for the Parties, that:

1. The deadline for Plaintiffs to file their reply in support of their renewed motion for class certification shall be extended from October 23, 2026, until and through October 30, 2026 as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Reply in Support of Renewed Motion for Class Certification | October 23, 2026 | October 30, 2026 |
| Motion Hearing | November 16, 2026 | No change |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ______________________________ ___________________________________
Honorable Vince Chhabria
United States District Judge

DATED: October 13, 2026

**WHITE & CASE LLP**

By: */s/ David G. Hille*
David G. Hille (*pro hac vice*)
dhille@whitecase.com
Gregory M. Starner (*pro hac vice*)
gstarner@whitecase.com
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
Fax: (212) 354-8113

Bryan A. Merryman (SBN 134357)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7700
Fax: (213) 452-2329
bmerryman@whitecase.com

*Attorneys for Defendant*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: /s/ *Adam H. Wierzbowski*
Salvatore J. Graziano (*pro hac vice*)
John Rizio-Hamilton (*pro hac vice* forthcoming)
Adam H. Wierzbowski (*pro hac vice*)
Michael D. Blatchley (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
salvatore@blbglaw.com
johnr@blbglaw.com
adam@blbglaw.com
michaelb@blbglaw.com

**BERGER MONTAGUE PC**
Joshua P. Davis (SBN 193254)
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bergermontague.com

-and-

**BERGER MONTAGUE PC**
Michael Dell'Angelo (*pro hac vice*)
Alex B. Heller (*pro hac vice*)
Joseph E. Samuel, Jr. (Bar No. 344732)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bergermontague.com
aheller@bergermontague.com
jsamuel@bergermontague.com

**SIMMONS HANLY CONROY LLP**
Deborah Rosenthal (SBN 184241)
455 Market St., Ste. 1270
San Francisco, CA 94105
Tel: 415-536-3986
drosenthal@simmonsfirm.com

**SIMMONS HANLY CONROY LLP**
Sona R. Shah (*pro hac vice*)
Thomas I. Sheridan, III (*pro hac vice*)
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6404
sshah@simmonsfirm.com
tsheridan@simmonsfirm.com

-and-

**SIMMONS HANLY CONROY LLP**
Michael J Angelides (*pro hac vice*)
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
mangelides@simmonsfirm.com

*Interim Class Counsel and Attorneys for Plaintiffs Edward Nadolny, Keith Bujold and Darren Cobb*

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: October 13, 2026

*/s/ Adam H. Wierzbowski*
Adam H. Wierzbowski